# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TANISHA VANHORNE, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:21-cv-00136 |
| THE UNIVERSITY OF TEXAS MEDICAL BRANCH, *Defendant.* | § § § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day came on to be considered Defendant's Unopposed Motion to Withdraw and Substitute Counsel. After due consideration of the motion, the Court finds that said motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute Counsel is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Ms. Wetzel from the electronic service list and substitute Mr. Wassdorf in this cause.

SIGNED this the _____ day of _____ 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE